CLOSED,JURY,LC1

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:18−cv−00243−MRB

Yuhanick v. Hwareh.com, Inc. et al

Assigned to: Judge Michael R. Barrett

Demand: $500,000

Cause: 29:201 Fair Labor Standards Act

Date Filed: 04/09/2018

Date Terminated: 03/22/2019

Jury Demand: Plaintiff

Nature of Suit: 710 Labor: Fair Standards

Jurisdiction: Federal Question

**Plaintiff**

**Scott Yuhanick**

represented by **Brian David Goldwasser**
Rendigs Fry Kiely & Dennis LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
513−381−9270
Fax: 513−381−9206
Email: bgoldwasser@rendigs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell S Sayre**
Taft Stettinius & Hollister − 1
425 Walnut Street
Suite 1800
Cincinnati, OH 45202−3957
513−357−9304
Fax: 513−381−0205
Email: sayre@taftlaw.com
*TERMINATED: 07/12/2018*
*LEAD ATTORNEY*

**Sanna−Rae Taylor**
Taft Stettinius & Hollister LLP
Suite 1800
425 Walnut Street
Cincinnati, OH 45202
513−381−3838
Fax: 513−381−0205
Email: srtaylor@taftlaw.com
*TERMINATED: 07/12/2018*
*LEAD ATTORNEY*

V.

**Defendant**

**Hwareh.com, Inc.**
*doing business as*
HealthWarehouse.com

represented by **August Thomas Janszen**
The Janszen Law Firm, L.P.A.
4750 Ashwood Drive
Suite 201
Cincinnati, OH 45241

513–326–9065
Fax: 513–326–9066
Email: atjanszen@janszenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph B. Peters**                                             represented by   **August Thomas Janszen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2018 | Ï 1 | COMPLAINT with JURY DEMAND against Hwareh.com, Inc. dba Healthwarehouse.com, Joseph B. Peters ( Filing fee $ 400 paid – receipt number: 0648–6392956), filed by Scott Yuhanick. (Attachments: # 1 Exhibit A – Sales Commission Agreement, # 2 Exhibit B – Email dated February 2, 2016, # 3 Exhibit C – Email dated January 15, 2014, # 4 Exhibit D – 2017 Employment Agreement, # 5 Civil Cover Sheet, # 6 Summons Form, # 7 Summons Form) (Sayre, Russell) (Entered: 04/09/2018) |
| 04/10/2018 | Ï 2 | NOTICE of Appearance by Sanna–Rae Taylor for Plaintiff Scott Yuhanick (Taylor, Sanna–Rae) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 3 | Summons Issued as to Hwareh.com, Inc., Joseph B. Peters. (Attachments: # 1 Summons Form) (sct) (Entered: 04/10/2018) |
| 04/11/2018 | Ï | ***If this case is referred, it will be to Magistrate Judge Karen L. Litkovitz. (sct) (Entered: 04/11/2018) |
| 05/10/2018 | Ï 4 | WAIVER OF SERVICE Returned Executed. Waiver sent to Joseph B. Peters on 4/9/2018, answer due 6/8/2018. (Attachments: # 1 Summons Form Request to Waive Service of Summons) (Sayre, Russell) (Entered: 05/10/2018) |
| 05/10/2018 | Ï 5 | WAIVER OF SERVICE Returned Executed. Waiver sent to Hwareh.com, Inc. on 4/9/2018, answer due 6/8/2018. (Attachments: # 1 Summons Form Notice of a Lawsuit and Request to Waive Service of a Summons) (Sayre, Russell) (Entered: 05/10/2018) |
| 05/25/2018 | Ï 6 | NOTICE of Appearance by August Thomas Janszen for Defendants Hwareh.com, Inc., Joseph B. Peters (Janszen, August) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 7 | MOTION to Dismiss ( Responses due by 6/15/2018), MOTION to Change Venue by Defendants Hwareh.com, Inc., Joseph B. Peters. (Janszen, August) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 8 | MOTION to Disqualify Counsel by Defendant Hwareh.com, Inc.. (Janszen, August) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 9 | NOTICE of Filing Affidavit of Eric K. Combs re 8 Motion to Disqualify Counsel by Defendant Hwareh.com, Inc. (Janszen, August) Modified to clarify docket text on 5/29/2018 (jlw). (Entered: 05/25/2018) |
| 06/14/2018 | Ï 10 | MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss MOTION to Change Venue , 8 MOTION to Disqualify Counsel New date requested 6/29/2018. *(Stipulated)* by Plaintiff Scott Yuhanick. (Attachments: # 1 Text of Proposed Order) (Sayre, Russell) (Entered: 06/14/2018) |

| 06/18/2018 | 11 | ORDER granting 10 Motion for Extension of Time to File Response/Reply re 7 MOTION to Dismiss MOTION to Change Venue , 8 MOTION to Disqualify Counsel ; Responses due by 6/29/2018. Signed by Judge Michael R. Barrett on 6/18/18. (ba) (Entered: 06/18/2018) |
| 06/29/2018 | 12 | NOTICE of Substitution of Counsel – Brian David Goldwasser substituting for Russell S. Sayre as to Plaintiff Scott Yuhanick. (Goldwasser, Brian) (Entered: 06/29/2018) |
| 06/29/2018 | 13 | MOTION for Extension of Time New date requested 7/13/2018. by Plaintiff Scott Yuhanick. (Goldwasser, Brian) (Entered: 06/29/2018) |
| 07/02/2018 | | NOTICE re 12 Notice of Substitution of Counsel and 13 MOTION for Extension of Time: The documents were filed without a certificate of service which is required pursuant to S.D. Ohio Civ. R. 5.2. To correct the filings use the Certificate of Service event found under Civil Events–Initial Pleadings and Service–Service of Process and link the event to the Notice of Substitution of Counsel and MOTION for Extension of Time when prompted. (sct) (Entered: 07/02/2018) |
| 07/02/2018 | 14 | CERTIFICATE OF SERVICE by Plaintiff Scott Yuhanick re 13 MOTION for Extension of Time New date requested 7/13/2018. , 12 Notice of Substitution of Counsel (Goldwasser, Brian) (Entered: 07/02/2018) |
| 07/11/2018 | 15 | ORDER granting 13 Motion for Extension of Time until 7/13/18 to respond to 7 Motion to Dismiss. Signed by Judge Michael R. Barrett on 7/11/18. (ba) (Entered: 07/11/2018) |
| 07/13/2018 | 16 | RESPONSE in Opposition re 7 MOTION to Dismiss MOTION to Change Venue filed by Plaintiff Scott Yuhanick. (Goldwasser, Brian) (Entered: 07/13/2018) |
| 07/27/2018 | 17 | REPLY to Response to Motion re 7 MOTION to Dismiss MOTION to Change Venue filed by Defendants Hwareh.com, Inc., Joseph B. Peters. (Janszen, August) (Entered: 07/27/2018) |
| 03/12/2019 | 18 | ORDER finding as moot 8 Motion to Disqualify Counsel. Signed by Judge Michael R. Barrett on 3/12/19. (ba) (Entered: 03/12/2019) |
| 03/22/2019 | 19 | ORDER denying 7 Motion to Dismiss; granting 7 Motion to Change Venue.This matter is hereby transferred to the U.S. District Court for the Eastern District of Kentucky at Covington. Signed by Judge Michael R. Barrett on 3/22/2019. (jlw) (Entered: 03/22/2019) |
| 03/22/2019 | | Case transferred to District of Eastern District of Covington.Case file and docket sheet sent Electronically. (jlw) (Entered: 03/22/2019) |